[958 NE2d 119, 934 NYS2d 85]

In the Matter of the Claim of BOB PARKHURST, Claimant, v UNITED RENTALS AERIAL EQUIPMENT, INC., et al., Appellants. WORKERS' COMPENSATION BOARD, Respondent.

In the Matter of the Claim of JAMES ARTHUR ROBINSON, Claimant, v GOULD PUMPS ITT et al., Appellants. WORKERS' COMPENSATION BOARD, Respondent.

Argued October 18, 2011; decided November 15, 2011

## APPEARANCES OF COUNSEL

*Buckner & Kourofsky, LLP*, Rochester (*Jacklyn M. Penna* of counsel), for appellants.

*Eric T. Schneiderman, Attorney General*, New York City (*Steven C. Wu, Barbara D. Underwood* and *Benjamin N. Gutman* of counsel), for respondent.

## OPINION OF THE COURT

Order affirmed, with costs (*see Matter of Raynor v Landmark Chrysler*, 18 NY3d 48 [2011] [decided today]).

Concur: Judges CIPARICK, GRAFFEO, READ, SMITH, PIGOTT and JONES. Taking no part: Chief Judge LIPPMAN.